IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| JESSICA GILL,<br><br>         Plaintiff,<br><br>    v.<br><br>KEY BRAND THEATRICAL GROUP, INC.,<br>d/b/a BROADWAY ACROSS AMERICA, *et al.*<br><br>         Defendants. | Civil Action No. 1:14-cv-003737-GLR |

## STIPULATION OF DISMISSAL

Plaintiffs and Defendants, by their undersigned counsel, hereby stipulate to the dismissal of this case with prejudice

_____/s/_____
Joseph B. Espo, Fed. Bar No. 07490
Brooke E. Lierman, Fed. Bar No. 17879
BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
T: (410) 962-1030
F: (410) 385-0869
jbe@browngold.com
blierman@browngold.com

_____/s/_____
Michael Skojec, Fed. Bar No. 03735
BALLARD SPAHR LLP
300 E. Lombard Street, 18th Floor
Baltimore, Maryland 21202
T: (410) 528-5600
F: (410) 528-5650
skojecm@ballardspahr.com
*Counsel for Defendant Key Brand*
*Theatrical Group, Inc. and Defendant*
*The Hippodrome Foundation*

Marc P. Charmatz, Fed. Bar No. 09358
Caroline Jackson, Fed. Bar No. 18545
NATIONAL ASSOCIATION OF THE DEAF
LAW AND ADVOCACY CENTER
8630 Fenton Street, Suite 820
Silver Spring, Maryland 20910
T: (301) 587-7732
F: (301) 587-1791
marc.charmatz@nad.org
caroline.jackson@nad.org
*Counsel for Plaintiffs*

_____/s/_____
Cynthia M. Hahn, Fed. Bar No. 02048
Assistant Attorney General
St. Paul Place, 20th Fl.
Baltimore, Maryland 21202
T: (410) 576-6319
chahn@aog.state.md.us
*Counsel for Defendant The Maryland*
*Stadium Authority*